FILED

10/17/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0346

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0346

_____

MATHEW RYAN AILER,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

_____

FILED

OCT 17 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Pursuant to Appellant Matthew Ryan Ailer's motion for extension to of time to file his opening brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until November 18, 2022, to file his opening brief.

DATED this 17th day of October, 2022.

For the Court,

_____
Chief Justice